376 F.2d 265
 Bettie MURPHY and Lloyd Murphy, Her Husband, and Lloyd
Murphy, in His Own Right, Appellants,
v.
HELENA RUBENSTEIN COMPANY, a Corporation of the State of New
York, and H. J. Titus, Inc., a Corporation of the
State of New York, Jointly, Severally
and/or in the Alternative.
 No. 16202.
 United States Court of Appeals Third Circuit.
 Argued March 30, 1967.
Decided April 17, 1967.
 
 Mario A. iavicoli, Camden, N.J. (Arthur E. Ballen, Camden, N.J., on the brief), for appellants.
 Sidney P. McCord, Jr., Haddonfield, N.J. (McCord, Farrell, Eynon & Munyon, Haddonfield, N.J., on the brief), for appellees.
 Before KALODNER and SEITZ, Circuit Judges, and BODY, District Judge.
 OPINION OF THE COURT
 PER CURIAM.
 
 
 1
 On review of the record we find no error. The Order of the District Court will be affirmed.